# CASE ANNOUNCEMENTS

## March 4, 2010

[Cite as *03/04/2010 Case Announcements*, 2010-Ohio-765.]

# MOTION AND PROCEDURAL RULINGS

**2009–1543. Global Knowledge Training, L.L.C. v. Levin.**
Board of Tax Appeals, No. 2006–V–471. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for continuance of oral argument scheduled for March 30, 2010,

It is ordered by the court that the motion is granted, and oral argument will be rescheduled at a later date.